UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 17-MD-02773-LHK<br><br>**ORDER CONSOLIDATING CASES** |

The following cases are hereby CONSOLIDATED with the Multi-District Litigation ("MDL") case *In re Qualcomm Antitrust Litigation*, 17-MD-02773-LHK.

*Bornstein et al. v. Qualcomm Inc.*, Case No. 17-CV-0234-LHK

*Stromberg et al. v. Qualcomm Inc.*, Case No. 17-CV-304-LHK

*McMahon v. Qualcomm Inc.*, Case No. 17-CV-372-LHK

*Boardsports School, Inc. v. Qualcomm Inc.*, Case No. 17-CV-398-LHK

*Benad et al. v. Qualcomm Inc.*, Case No. 17-CV-440-LHK

*Key v. Qualcomm Inc.*, Case No. 17-CV-442-LHK

*Ewald et al. v. Qualcomm Inc.*, Case No. 17-CV-565-LHK

*Esteban v. Qualcomm Inc.*, Case No. 17-CV-622-LHK

1   *Davis et al. v. Qualcomm Inc.*, Case No. 17-CV-604-LHK

2   *Housenick, et al. v. Qualcomm Inc.*, Case No. 17-CV-675-LHK

3   *Ervin v. Qualcomm, Inc.*, Case No. 17-CV-713-LHK

4   *Carney v. Qualcomm, Inc.*, Case No. 17-CV-743-LHK

5   *Tada et al. v. Qualcomm, Inc.*, Case No. 17-CV-762-LHK

6   *Crutcher, et al. v. Qualcomm Inc.*, Case No. 17-CV-766-LHK

7   *Kiefer, et al. v. Qualcomm Inc.*, Case No. 17-CV-785-LHK

8   *Zatlin, et al. v. Qualcomm Inc.*, Case No. 17-CV-938-LHK

9   *Ackerman, et al. v. Qualcomm Inc.*, Case No. 17-CV-1080-LHK

10  *Dietrich v. Qualcomm Inc.*, Case No. 17-CV-1093-LHK

11  *Espinosa, et al. v. Qualcomm Inc.*, Case No. 17-CV-1112-LHK

12  *Hallahan v. Qualcomm Inc.*, Case No. 17-CV-1231-LHK

13  *McDevitt et al. v. Qualcomm Inc.*, Case No. 17-CV-1244-LHK

14  *Kurzon v. Qualcomm Inc.*, Case No. 17-CV-1271-LHK

15  *Nagy, et al. v. Qualcomm Inc.*, Case No. 17-CV-1274-LHK

16  *Schwartz, et al. v. Qualcomm Inc.*, Case No. 17-CV-02166-LHK

17  *Hadnett v. Qualcomm Inc.*, Case No. 17-CV-02167-LHK

18  *Carroll, et al. v. Qualcomm Inc.*, Case No. 17-CV-02168-LHK

19  *Rotman, et al. v. Qualcomm Inc.*, Case No. 17-CV-02169-LHK

20  *Herrera, et al. v. Qualcomm Inc.*, Case No. 17-CV-02170-LHK

21  *Frederick, et al. v. Qualcomm Inc.*, Case No. 17-CV-02171-LHK

22  *Kreuzer v. Qualcomm Inc.*, Case No. 17-CV-02172-LHK

23  *Miller et al. v. Qualcomm Inc.*, Case No. 17-CV-01902-LHK

24  *Mackay et al. v. Qualcomm Inc.*, Case No. 17-CV-01903-LHK

25  *Acosta et al. v. Qualcomm Inc.*, Case No. 17-CV-1591[1]

---

[1] On April 3, 2017, Plaintiffs in the *Bornstein* action filed an administrative motion to relate *Acosta* to *Bornstein* and the other *Qualcomm* actions. Docket No. 17-CV-00220, ECF No. 67.

*Carr v. Qualcomm Inc.*, Case No. 17-CV-02133[2]

Any future filings in any of the above individual cases shall be filed in the MDL case, 17-MD-02773-LHK, rather than in the individual cases.

**IT IS SO ORDERED.**

Dated: April 26, 2017

_____
LUCY H. KOH
United States District Judge

---

The Court consolidates *Acosta* here, and denies as moot the administrative motion to relate.
[2] On April 17, 2017, Plaintiffs in the *Carr* case filed an administrative motion to relate *Carr* to *Bornstein* and the other *Qualcomm* actions. *See* ECF No. 7. The Court consolidates *Carr* here, and denies as moot the administrative motion to relate.